UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA S. C.,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　　　　Defendant. | Case No.:  24-cv-84-DDL<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>**[Dkt. No. 2]** |

　　　　On January 11, 2024, Plaintiff Christina S. C. ("Plaintiff") initiated this action against the Commissioner of Social Security, seeking judicial review of a final decision denying her applications for Social Security Disability Insurance and Supplemental Security Income benefits for lack of disability.  Dkt. No. 1.  Plaintiff concurrently filed an application to proceed in this matter *in forma pauperis* ("IFP"), which is presently before the Court.  Dkt. No. 2.

　　　　This Court may "authorize the commencement . . . of any suit, action or proceeding, civil or criminal, without prepayment of fees or security therefor" by any person who demonstrates his or her inability to pay such fees. *See* 28 U.S.C. § 1915(a)(1).  A party need not be completely destitute to proceed IFP. *Adkins v. E.I. DuPont de Nemours & Co.*, 335 U.S. 331, 339-40 (1948).  Instead, "[a]n

affidavit in support of an IFP application is sufficient where it alleges that the affiant cannot pay the court costs and still afford the necessities of life." *Escobedo v. Applebees*, 787 F.3d 1226, 1235 (9th Cir. 2015) (citing *Adkins*, 335 U.S. at 339). "[A] plaintiff seeking IFP status must allege poverty 'with some particularity, definiteness and certainty.'" *Id.* (citing *United States v. McQuade*, 647 F.2d 938, 940 (9th Cir.1981)).

Plaintiff reports a total monthly income of $481.00, consisting of $291.00 in in food stamps and the remaining $190.00 described as "help from family." Dkt. No. 2 at 2. Plaintiff has not been employed since 2018, does not own a home or vehicle, and has no savings. *Id.* at 2-3. She lives with a family member who provides for her "basic necessities." *Id.* at 5.

Based upon the record before it, the Court finds that Plaintiff has adequately demonstrated that she lacks the financial resources to pay the filing fee. Accordingly, plaintiff's Application to Proceed *in forma pauperis* [Dkt. No. 2] is **GRANTED**.

**IT IS SO ORDERED**.

Dated: January 24, 2024

Hon. David D. Leshner
United States Magistrate Judge